William N. Lobel, State Bar No. 93202
PACHULSKI STANG ZIEHL & JONES LLP
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone: (714) 384-4740
Facsimile: (714) 384-4741
E-mail: wlobel@pszjlaw.com

Attorneys for Ruby's Diner, Inc., a California corporation,
*et al.,* Debtors and Debtors in Possession

Eric J. Fromme, State Bar No. 193517
THEODORA ORINGHER PC
535 Anton Boulevard, 9th Floor
Costa Mesa, California 92626
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
E-mail: efromme@tocounsel.com

Attorneys for Ruby's Franchise Systems, Inc., a California
corporation, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

| | |
|---|---|
| RUBY'S DINER, INC., a California corporation, *et al.*,[1]<br><br>Debtors and Debtors in Possession.<br><br>―――――――――<br><br>RUBY'S FRANCHISE SYSTEMS, INC., a California corporation,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 8:18-bk-13311-CB (RDI)<br>Jointly Administered With Case Nos. 8:18-bk-13197-CB; 8:18-bk-13198-CB; 8:18-bk-13199-CB; 8:18-bk-13200-CB; 8:18-bk-13201-CB; 8:18-bk-13202-CB) (RDI Debtors)<br><br>Case No. 8:18-bk-13324-CB (RFS)<br><br>**NOTICE OF CORRECTION REGARDING DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**[Related to Docket No. 345]**<br><br>**Disclosure Statement Hearing:**<br><br>DATE: June 5, 2019<br>TIME: 10:00 a.m.<br>CTRM: 5D |

―――――――――

[1] The chapter 11 cases of Ruby's Diner, Inc., Ruby's SoCal Diners, LLC, Ruby's Quality Diners, LLC, Ruby's Huntington Beach, Ltd., Ruby's Laguna Hills, Ltd., Ruby's Oceanside, Ltd. and Ruby Palm Springs, Ltd. (referred to herein as the "RDI Debtors") are jointly-administered. The chapter 11 case of Ruby's Franchising System, Inc. ("RFS") is not jointly-administered with the RDI Debtors' chapter 11 cases, but the Plan is jointly proposed by the RDI Debtors and RFS.

DOCS_LA:321464.1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANRUPTCY JUDGE, AND OTHER PARTIES IN INTEREST:**

On April 24, 2019, the debtors and debtors in possession in the above-entitled chapter 11 cases filed their *Disclosure Statement Describing Joint Chapter 11 Plan Of Reorganization* [Docket No. 345] (the "Disclosure Statement"). The Disclosure Statement inadvertently attached the incorrect exhibit as Exhibit L. Attached hereto is the correct Exhibit L.

Dated: April 26, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ William N. Lobel
William N. Lobel
Attorneys for Ruby's Diner, Inc., *et al.*, Debtors and Debtors in Possession

Dated: April 26, 2019

THEODORA ORINGHER PC

By: /s/ Eric J. Fromme
Eric J. Fromme
Attorneys for Ruby's Franchising Systems, Inc., Debtor and Debtor in Possession

DOCS_LA:321464.1

1

# NON-RESIDENTIAL REAL PROPERTY LEASES AND EXECUTORY CONTRACTS TO BE ASSUMED

|  | DEBTOR(S) AFFECTED | TYPE | DESCRIPTION | PARTY (S) | CURE AMOUNTS ($) |
|---|---|---|---|---|---|
| 1. | Ruby's Diner, Inc.; Ruby's Huntington Beach, Ltd. | Executory contract | Licensing Agreement for Intellectual Property | Ruby's Diner, Inc.; Ruby's Huntington Beach, Ltd. | $0.00 |
| 2. | Ruby's Diner, Inc.; Ruby's Oceanside, Ltd. | Executory contract | Licensing Agreement for Intellectual Property | Ruby's Diner, Inc.; Ruby's Oceanside, Ltd. | $0.00 |
| 3. | Ruby's Diner, Inc.; Ruby's Palm Springs, Ltd. | Executory contract | Licensing Agreement for Intellectual Property | Ruby's Diner, Inc.; Ruby's Palm Springs, Ltd. | $0.00 |
| 4. | Ruby's Diner, Inc.; Ruby's Franchise Systems, Inc. | Executory contract | License Agreement | Ruby's Diner, Inc.; Ruby's Franchise Systems, Inc. | $0.00 |
| 5. | Ruby's Diner, Inc. | Executory contract | Point of Service Agreement | Worldpay US, Inc. | $0.00 |
| 6. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Ardmore PA | Roughdraft Restaurant Group Jonathan Litt | $0.00 |
| 7. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Brinton Lake PA | Roughdraft Restaurant Group Jonathan Litt | $0.00 |
| 8. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Downey | KRG Investments, LLC   Abraham Kobi | $0.00 |
| 9. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Citadel | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 10. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Laguna Beach | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 11. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Corona del Mar | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 12. | Ruby's Franchise Systems, Inc. | Franchise Agreement | San Clemente | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 13. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Mission Viejo Mall | Ruby's MV Inc.            George Alexander | $0.00 |
| 14. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Carlsbad | Eat at Joes Restaurant, Inc. Joe Campbell | $0.00 |
| 15. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Balboa Pier | Heritage Restaurant Management, Inc.     John Fisher & Joe Campbell | $0.00 |
| 16. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Redondo Beach | John Fisher | $0.00 |
| 17. | Ruby's Franchise Systems, Inc. | Franchise Agreement | San Juan Capistrano | Benchmark Hospitality, Inc.  Joe Campbell & John Fisher | $0.00 |

## NON-RESIDENTIAL REAL PROPERTY LEASES AND EXECUTORY CONTRACTS TO BE ASSUMED

|  | DEBTOR(S) AFFECTED | TYPE | DESCRIPTION | PARTY (S) | CURE AMOUNTS ($) |
|---|---|---|---|---|---|
| 18. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Whitwood Mall, Whittier | Marvi Land Inc.    Micheal Youssef | $0.00 |
| 19. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Palos Verdes | PV Hospitality Inc. Suhail Hashim | $0.00 |
| 20. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Orange | Ruby's Diner Orange Depot, LLC | $0.00 |
| 21. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Tustin | Dimitri's Restaurant, Inc. | $0.00 |
| 22. | Ruby's Franchise Systems, Inc. | Franchise Agreement | North Hollywood | Coffix, LLC    Abraham Kobi | $0.00 |
| 23. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Orange County Airport | HMS | $0.00 |
| 24. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Las Vegas Airport | HMS | $0.00 |
| 25. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Houston Airport | National Pizza Restaurant Inc.  Chris Pappas | $0.00 |
| 26. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Atlantic City Casino | AC Food Hall Partners    William White | $0.00 |
| 27. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Anthem, AZ | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 28. | Ruby's Franchise Systems, Inc. | Future Franchise Agreement, Rights Granted for Unit | Castle Rock, CO | Eureka Food Enterprises, LLC Steve Craig | $0.00 |
| 29. | Ruby's Franchise Systems, Inc. | Marketing Agreement | Pechanga Casino – Sports Arena | Levy Premium Food Service Ltd. | $0.00 |
| 30. | Ruby's Franchise Systems, Inc. | Franchise Agreement | Laguna Hills | Maria Land Inc.    Micheal Youssef | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled:  **NOTICE OF CORRECTION REGARDING DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chamber in the form and manner required by LBR 5005-2(d); and the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/29/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On **4/29/2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **4/29/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **4/29/2019** | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **George B Blackmar**    gblackmar@bpslaw.net
   - **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
   - **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
   - **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
   - **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
   - **Alastair M Gesmundo**    agesmundo@wcghlaw.com, jmartinez@wcghlaw.com
   - **Richard H Golubow**    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
   - **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
   - **Michael J Hauser**    michael.hauser@usdoj.gov
   - **Garrick A Hollander**    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
   - **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
   - **David S Kupetz**    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
   - **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
   - **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
   - **Jessica G McKinlay**    mckinlay.jessica@dorsey.com
   - **Malcolm D Minnick**    dminnick@pillsburylaw.com, m.minnick@comcast.net
   - **Ernie Zachary Park**    ernie.park@bewleylaw.com
   - **Valerie Smith**    claims@recoverycorp.com
   - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
   - **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
   - **Corey R Weber**    ecf@bg.law, cweber@bg.law
   - **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

2. **SERVED BY UNITED STATES MAIL**:

Debtors
Ruby's Diner, Inc., *et al.*
4100 MacArthur Blvd., Suite 310
Newport Beach, CA  92660

Office of The United States Trustee
Suite 7160
Santa Ana, CA  92701

U.S. Securities & Exchange Commission
Attn.:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071

Parties Requesting Special Notice

Dan McAllister
Treasurer-Tax Collector
Attention:  Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA  92101

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003

Croudace & Dietrich LLP
Attn.:  Virginia Croudace
2151 Michaelson Drvie, Suite 162,
Irvine, CA  92612

California Dept. of Tax and Fee Administration
450 N. Street
PO Box 942879
Sacramento, CA  94279

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:

<u>Via Overnight Mail</u>
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California/Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtesy Bin
Santa Ana, CA 92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:321156.1 76135/003